34

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. GERALD HENDRICKSON, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on February 13, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: After careful consideration of the Petition of the above-named prisoner and in view of the fact that he will be eligible for consideration for parole in December of 1968 it was felt that his Petition should be and is denied.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Sixteenth Judicial District. County of Custer.

STATE OF MONTANA, Plaintiff, vs. ELLERY JEWETT, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 6 years, imposed on June 3, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: This prisoner has 8 felony convictions including 7 State prison incarcerations. His offenses are serious in nature and after a careful consideration of all matters offered in support of his Petition for reduction of sentence, taking into consideration that he will be eligible for parole in June of 1969 it is the opinion of the Sentence Review Division that his Petition should be and is, therefore, denied.

DATED this 2nd day of October, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.